IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:17-CV-461-Y</u>
2. Style of case: <u>LANCASTER CENTER LLC V. WESTERN WORLD INSURANCE COMPANY</u>
3. Nature of suit: <u>Insurance</u>
4. Method of ADR used:   ☑ <u>Mediation</u>   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: <u>5/9/2018</u>
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.   ☐ Settled, in part, as result of ADR
   **XX Settled as a result of ADR.**   ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$3050.00</u>
8. Duration of ADR: <u>Full Day</u>   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

   Courtenay L. Bass - Mediator            Robert G. Hogue, Esq.-Defendant
   John Le- Plaintiff's Representative     Keith Deener – Defendant's
   Karen Le – Plaintiff's Representative   Representative
   Shaun W. Hodge, Esq.-Plaintiff

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                         May 10, 2018
Signature                                   Date

<u>12001 N. Central Expressway, Suite 650, Dallas, Texas  75243</u>   <u>(214)303-4500</u>
Address                                     Telephone

**Shaun W. Hodge, Esq.**
Hodge Law Firm PLLC
2211 The Strand, Suite 302
Old Galveston Square
Galveston, TX  77550
(409) 763-3260
(409) 763-2300

**Robert G. Hogue, Esq.**
Robert G. Hogue PC
4514 Cole Avenue
Suite 600
Dallas, TX  75205-4193
(214) 559-7107
(214) 559-7101