```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

LANCASTER CENTER, LLC          §
                               §
VS.                            §     ACTION NO. 4:17-CV-461-Y
                               §
WESTERN WORLD INSURANCE COMPANY §

<u>FINAL JUDGMENT</u>

In accordance with the Stipulation of Dismissal filed on July 3, 2018, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All attorney's fees, expenses, and costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring them.

SIGNED July 24, 2018.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE